# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:

Matthew and Pamela Osborne            Case No. 09-70520
                                                           Chapter 7
                Debtors.                   Honorable Phillip J. Shefferly
_____/

## NOTICE OF UNCLAIMED DIVIDENDS

TO THE CLERK OF THE COURT:

The attached check in the amount of $ 713.45 represents the unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347 (a). The name and address of the Party entitled to the unclaimed dividend is as follows:

| Creditor Name | Claim No. | Amount of Dividend |
|---|---|---|
| RBS Citizens<br>480 Jefferson Blvd. RJE 135<br>Warwick, RI 02886 | 5 | $713.45 |

Dated: June 16, 2011                      /s/ Charles J. Taunt_____.
                                                     Charles J. Taunt, Trustee (P24589)
                                                     700 East Maple, 2nd Floor
                                                     Birmingham, MI 48009-6359
                                                     (248) 644-7800
                                                     Teetaunt@tauntlaw.com
                                                     P24589